UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case Number: 21-14224-CIV-MARTINEZ-MAYNARD

BRIAN R. ROOT,
    Plaintiff,

vs.

NICOLE MENZ, et al.,
    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's *pro se* complaint, [ECF Nos. 1, 5]. Magistrate Judge Maynard filed a Report and Recommendation, [ECF No. 7], recommending that this action be dismissed without prejudice and Plaintiff's motion for in forma pauperis be denied. The Court has reviewed the entire record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation, [ECF No. 7], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's *pro se* complaint, [ECF No. 1], is **DISMISSED without prejudice**. Should Plaintiff be able to overcome the pleading deficiencies raised in the Report and Recommendation, Plaintiff may amend his Complaint **on or before October 22, 2021**.

2. Until then, this case is **CLOSED,** and all pending motions are **DENIED** as **MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
Brian R. Root, *pro se*